FILED'06 DEC 21 10:40USDC-ORP

**Elizabeth A. Schleuning, OSB #85427**
E-mail eschleuning@schwabe.com
**Román D. Hernández, OSB #01173**
E-mail rhernandez@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, Oregon 97204-3795
Telephone (503) 222-9981
Facsimile (503) 796-2900

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KEVIN LEWIS, ZORINA JORDAN, JOSHUA ROSENBERG,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES JOSEPH SCANLON, GREYHOUND LINES, INC.;<br><br>Defendants. | Case No. 06-CV-1452-ST<br><br>ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JAMES JOSEPH SCANLON |

Based upon the parties' Stipulated Motion for entry of Judgment of Dismissal with Prejudice as to Defendant James Joseph Scanlon, it is hereby ADJUDGED that plaintiffs' Complaint and all claims for relief asserted against Defendant James Joseph Scanlon are dismissed with prejudice.

Dated this 20th day of December, 2006.

_____
The Honorable Janice M. Stewart
U.S. District Court Judge

Submitted by:

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____
Elizabeth A. Schleuning, OSB #85427
E-mail eschleuning@schwabe.com
Román D. Hernández, OSB #01173
Attorney for Defendants Greyhound Lines, Inc. and James Joseph Scanlon

Page 1 -    ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JAMES JOSEPH SCANLON

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

PDX/101056/150678/RDH/1481487.1