**Elizabeth A. Schleuning, OSB #85427**
E-mail eschleuning@schwabe.com
**Román D. Hernandez, OSB #01173**
E-mail rhernandez@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, Oregon 97204-3795
Telephone (503) 222-9981
Facsimile (503) 796-2900

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

KEVIN LEWIS, ZORINA JORDAN, JOSHUA ROSENBERG,

Plaintiffs,

v.

GREYHOUND LINES, INC.,

Defendant.

Case No. 06-CV-1452-ST

ORDER OF DISMISSAL WITH PREJUDICE AS TO CLAIMS OF PLAINTIFFS ZORINA JORDAN AND JOSHUA ROSENBERG

Based upon the parties' Stipulated Motion for entry of Judgment of Dismissal with Prejudice on the claims of Plaintiffs Zorina Jordan and Joshua Rosenberg, it is hereby ADJUDGED all claims for relief asserted by Plaintiffs Zorina Jordan and Joshua Rosenberg are dismissed with prejudice.

Dated this 28th day of November, 2007.

The Honorable Janice M. Stewart

Submitted by:

SCHWABE, WILLIAMSON & WYATT, P.C.

By:____________________
Elizabeth A. Schleuning, OSB #85427
E-mail eschleuning@schwabe.com
Román D. Hernández, OSB #01173
E-mail rhernandez@schwabe.com
Attorney for Defendant Greyhound Lines, Inc.